

# Victoria County Sheriff's Office
# Criminal Trespass Warning (CTW)

Date: 07/27/21
Case No.: 521-08308

Complainant: Judge Eli Garza
Address: 115 N Bridge
City: Victoria, TX
Phone:

### Location and Reason for CTW:

Anna Harris Barrett Tate has been issued a CTW for the following location: Victoria County Courthouse, 115 N Bridge, Victoria County Annex, 205 N Bridge and VCSO, 101 N Glass. The CTW was issued due to Anna Harris Barrett Tate making an inappropriate video on the judge's bench, which occurred in a courtroom located on the third floor of the 1892 Courthouse.

The complainant has contacted the Victoria County Sheriff's Office requesting a Criminal Trespass Warning (CTW) to be issued to the following person:

Name: [Personal information]
Address: Personal information
City: Victoria, TX
Phone: Personal information

This CTW is being issued to the above named person under the authority of the Texas Penal Code Section 30.05 (Criminal Trespass) at the complainant's request. It is valid for a period of one (1) year ~~indefinitely~~ from the date of issuance. Should the complainant desire to cancel this CTW, the complainant must contact the VCSO either in person or summon a patrol unit to the complainant's location and request a cancellation in person. A cancellation of a CTW cannot be done over the phone or by a second party. *If cancelled, a subsequent CTW will not be issued for a period of 30 days from the cancellation.*

Complainant's signature and date: [signature] 7-23-2021

By signing this form, the person to whom this CTW is directed acknowledges he/she is not allowed on the complainant's property (listed address) for a period not to exceed one (1) year from the date of issuance. Future occurrences of trespassing will result in an on scene arrest of the offender and an offense report being generated in the District Attorney's Office for criminal prosecution, which carries a maximum penalty of 180 days in county jail and/or a fine not to exceed $2,000. If you have a legal right to be on the complainant's property by virtue of a court order or process, then it is incumbent upon you to provide this information to the deputy issuing the CTW.

Signature and Date

Issuing VCSO Deputy and Date: [signature] 265 7/27/21

White Copy - VCSO
Yellow Copy - Complainant
Pink Copy - Party Being Served
Goldenrod Copy - TCO